COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Jack W. Sessums, Jr.

Appellate case number:     01-19-00106-CV

Trial court case number:     PR-0079203

Trial court:                          Probate Court of Galveston County

On February 13, 2019, relator, Jack W. Sessums, Jr., filed a petition for writ of mandamus and emergency motion to stay, requesting that we stay a hearing scheduled for February 20, 2019. We grant relator's emergency motion to stay the February 20, 2019 hearing. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real party in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

It is so **ORDERED**.


Judge's signature: /s/ Sherry Radack
                            ☒ Acting individually      ☐ Acting for the Court

Date: __February 15, 2019___